UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
HERBERT F. WARRENDER,

               Plaintiff,

            -against-
                              **ORDER**
                              09 CV 2697 (KAM)(LB)

MICHAEL BERECKY, C. BROOKS,
JOHN DOE #1, JOHN DOE #2,
UNITED STATES,

               Defendants.
----------------------------------------------------------x

**BlOOM, United States Magistrate Judge:**

    The Court shall hold an initial pre-trial telephonic conference pursuant to Fed. R. Civ. P. 16 on November 17, 2009 at 10:30 a.m. Defendants' counsel is requested to arrange and initiate the conference call. Plaintiff shall provide the Court and defendants' counsel in writing with a telephone number where he may be reached by November 11, 2009. After establishing contact with plaintiff, defendants' counsel shall telephone the Court at (718) 613-2170. The Clerk of the Court is directed to mark defendants' motion to dismiss as withdrawn without prejudice to refile. See documents 11, 13. The Court shall address defendants' request for a premotion conference at the initial conference.

SO ORDERED.

                                                   /S/
                                     LOIS BLOOM
Dated: October 28, 2009            United States Magistrate Judge
       Brooklyn, New York