

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East, 7ᵗʰ Floor
Brooklyn, New York 11201

November 12, 2009

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Herbert F. Warrender v. Michael Berecky, et al.
      Civil Action No. CV-09-2697 (E.D.N.Y.) (Matsumoto, J.) (Bloom, M.J.)

Dear Magistrate Judge Bloom:

The undersigned Assistant United States Attorney writes to respectfully request that the Court reschedule the telephone conference scheduled for November 17, 2009 at 10:30 a.m. to another date during the week of November 16, 2009, with the exception of November 19. This request is made because the undersigned Assistant United States Attorney must undertake the defense of previously scheduled depositions out of the Brooklyn office in another case on November 17 and November 19, both of which are expected to last all day. Because the Court's October 28, 2009 Order requests that the undersigned initiate a conference call between the parties and the Court for the conference, the undersigned respectfully requests that the November 17 conference be rescheduled to a date on which she will be in her office and able to initiate the call.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

BENTON J. CAMPBELL
United States Attorney

By:   *Kelly Horan Florio*
      Kelly Horan Florio
      Assistant U.S. Attorney
      (718) 254-6007
      kelly.horan@usdoj.gov

[Handwritten order:] The Court shall hold the telephone conference on 11/25/09 at 10:30 a.m.; defendant's counsel shall arrange and initiate the conference call at that time.

The application is ✓ granted. ___ denied.
SO ORDERED.
/S/
Lois Bloom, U.S.M.J.
Dated: 11/13/09
Brooklyn, New York

cc:  Herbert F. Warrender, #08886-014
c/o Pharos House
5 Grant Street
Portland, Maine, 04104