UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
HERBERT F. WARRENDER,

                Plaintiff,

                                                           **ORDER**
      -against-                                    **09 CV 2697 (KAM)(LB)**

MICHAEL BORECKY, C. BROOKS,
RAUL CAMPOS, JOHN SAINT-PREUX,
IGNATIUS HALL, UNITED STATES,

                Defendants.
-------------------------------------------------------x

**BLOOM, United States Magistrate Judge:**

       On November 30, 2009, the Court directed the Assistant United States Attorney to provide the full names and service addresses for the defendants allegedly involved in the events detailed in plaintiff's complaint, pursuant to <u>Valentin v. Dinkins</u>, 121 F.3d 72 (2d. Cir. 1997)(per curiam). (Document 21.) By letters dated December 28 and 29, 2009, the Assistant United States Attorney provides the following names and service addresses:

       Raul Campos
       Associate Warden
       Federal Medical Center
       P.O. Box 1500
       Butner, NC 27509

       John Saint-Preux
       MDC Brooklyn
       100 29th Street
       Brooklyn, NY 11232

       Ignatius Hall
       Federal Correction Institution
       1060 River Road
       Hopewell, VA 23860

The Court deems the complaint amended and substitutes these names for the "John Doe" defendants. Clerk of Court is hereby directed to prepare the necessary papers to have defendants Campos, Saint-Preux, and Hall served with process. The United States Marshals Service is hereby directed to serve the summons and complaint on these defendants at the addresses listed above.

SO ORDERED.

                                                S/ Hon. Lois Bloom
                                                LOIS BLOOM
                                                United States Magistrate Judge

Dated: December 30, 2009
       Brooklyn, New York