The application is ___ granted. ✓ denied. *See Document 39 which states documents have been provided, albeit late.*

SO ORDERED,

/S/
_____
Lois Bloom, U.S.M.J.
Dated: 7/12/10
Brooklyn, New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HERBERT F. WARRENDER,
    Plaintiff,

vs.

Civil Action: CV-09-2697
(MATSUMOTO, BLOOM)

MICHAEL BERECKY, et al,
    Defendants,

## MOTION FOR DEFAULT JUDGEMENT AGAINST THE DEFENDANTS FOR FAILURE TO COMPLY WITH ORDER FOR PRODUCTION OF DOCUMENTS.

COMES Now, Herbert F. Warrender, the Plaintiff; seeking this Honorable Court in compliance to Federal Rules of Civil Procedure Rule 37 to move for a Default Judgment against the Defendants with said cause:

1. On November 30, 2009; Honorable Magistrate Bloom entered an Order pursuant to Rule 26 for the Defendants' Counsel (U. S. Atttorney's Office) to submit documentation for the Plaintiff for authorization to acquire medical / hospitalization reports from Lutheran Hospital in Brooklyn, New York.
2. The Plaintiff returned said authorization to the United States Attorneys Office promptly.
3. This honorable Court stipulated that copies of all medical records were to be given to the Plaintiff by the Defendants under Rule 26.
4. To date, the Plaintiff has never received any copies of any medical records from the Defendants' counsel.

WHEREFORE, the Plaintiff moves for an Order of Default against the Defendants for failure to comply with this Court's order on November 30, 2009.

Respectfully Submitted

_____
Herbert F. Warrender

June 18, 2010

C.c. Kelly Horan Floiro
   Assistant U. S. Attorney
   Eastern District of New York
   271 Cadman Plaza East, 7th Floor
   Brooklyn, New York 11201